**Dismiss and Opinion Filed February 22, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-23-00997-CV

**SUMMIT LTC MANAGEMENT, LLC AND SUMMIT LTC DALLAS, LLC, Appellants**
**V.**
**ELLIS FORD, INDIVIDUALLY, AND AS REPRESENTATIVE OF THE ESTATE OF AGNES FORD, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-23-03064-D**

## MEMORANDUM OPINION

Before Justices Molberg, Pedersen, III, and Goldstein
Opinion by Justice Pedersen, III

Before the Court is appellants' unopposed motion to dismiss this appeal based on settlement. *See* TEX. R. APP. P. 42.1(a)(1). We grant the motion and dismiss the appeal. *See id.*

/Bill Pedersen, III//

230997f.p05

BILL PEDERSEN, III
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

SUMMIT LTC MANAGEMENT, LLC AND SUMMIT LTC DALLAS, LLC, Appellants

No. 05-23-00997-CV    V.

ELLIS FORD, INDIVIDUALLY, AND AS REPRESENTATIVE OF THE ESTATE OF AGNES FORD, Appellee

On Appeal from the County Court at Law No. 4, Dallas County, Texas
Trial Court Cause No. CC-23-03064-D.
Opinion delivered by Justice Pedersen, III, Justices Molberg and Goldstein participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Subject to any agreement among the parties, we **ORDER** that appellee Ellis Ford, Individually, and as Representative of the Estate of Agnes Ford recover his costs, if any, of this appeal from appellants Summit LTC Management, LLC and Summit LTC Dallas, LLC.

Judgment entered this 22nd day of February, 2024.